

1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW P. DE MOURA
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION | CASE NO. 2:22-sw-0816 KJN
   | OF THE UNITED STATES OF AMERICA
12 | FOR A WARRANT AUTHORIZING THE    | SEALING ORDER
   | INSTALLATION AND MONITORING OF A
13 | TRACKING DEVICE IN OR ON A       | **UNDER SEAL**
   | DARK GREEN DODGE CHARGER, WITH
14 | CALIFORNIA LICENSE PLATE 9BIE760
   | AND VIN 2C3CDXHG3NH141616
15

16

17                    **S E A L I N G   O R D E R**

18    Upon Application of the United States of America and good cause having been shown,

19    IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

20 search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to

21 any person, unless otherwise ordered by this Court, except that that the Clerk of Court shall provide

22 copies of the sealed documents to employees of the United States Attorney's Office.  The United States

23 Attorney's Office is permitted to share these documents with defense counsel and others as necessary to

24 comply with its discovery obligations.  These documents may be served by Special Agents and other

25 investigative and law enforcement officers of the Drug Enforcement Administration, federally deputized

26 state and local law enforcement officers, and other government and contract personnel acting under the

27 / / /

28

supervision of such investigative or law enforcement officers, as necessary to effectuate the warrant, and for use in investigation and prosecution.

Dated: 11/04/22

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE