PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Oct 11, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 916-317-6607<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 916-317-6607<br><br>A BLACK HONDA CIVIC, WITH CALIFORNIA LICENSE PLATE 8VND213<br><br>A DARK GREEN DODGE CHARGER, WITH CALIFORNIA LICENSE PLATE 9BIE760 AND VIN 2C3CDXHG3NH141616 | CASE NO:<br><br><br>2:22-SW-00700-JDP<br><br>2:22-SW-00840-CKD<br><br>2:22-SW-00815-KJN<br><br>2:22-SW-00816-KJN<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: October 11, 2023

_____
The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS